# Court of Appeals
# of the State of Georgia

ATLANTA,  June 02, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1736. ARNOLD SMITH v. MARY HUGHES-SMITH.**

Arnold Smith filed this direct appeal from a final judgment and decree of divorce dissolving Smith's marriage to Mary Hughes-Smith, dividing the couple's marital assets, and awarding Hughes-Smith attorney fees pursuant to OCGA § 9-15-14. We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2), (b). See also *Evans v. Jackson*, 368 Ga. App. 170, 173 (1) (b) (889 SE2d 343) (2023). Similarly, an appeal from a trial court order awarding attorney fees under OCGA § 9-15-14 also must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (10), (b); *Low v. Swift*, 367 Ga. App. 874, 876 (889 SE2d 122) (2023).

"Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Consequently, Smith's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/02/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*